UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
JEROME WALDO,                                            STIPULATION AND
                                                         <u>ORDER OF REMAND</u>
           Plaintiff,
                                                         Civil Action
   -against-                                       CV-19-6847

COMMISSIONER OF SOCIAL SECURITY,                         (Komitee, J.)

           Defendant.
-----------------------------------X

      IT IS HEREBY STIPULATED AND AGREED by and between counsel for the plaintiff, JEROME WALDO and counsel for the defendant COMMISSIONER OF SOCIAL SECURITY, that pursuant to the fourth sentence of 42 U.S.C. § 405(g), which is made applicable to Supplemental Security Income ("SSI") claims by 42 U.S.C. § 1383(c)(3), the Commissioner's final decision dated June 4, 2019, is reversed, and plaintiff's claim for Disability Insurance Benefits and SSI protectively filed on November 21, 2016 are remanded for further administrative proceedings. Upon remand, the Administrative Law Judge will: (1) offer the plaintiff the opportunity for a new hearing; (2) take further action to complete the administrative record; and (3) issue a new decision.

The Clerk of the Court shall enter judgment in this case once this Stipulation and Order has been signed and so ordered by the Court.

Dated: Brooklyn, New York
       March 11, 2020

*/s/ Jerome Waldo*
JEROME WALDO
*Pro Se Plaintiff*
240 Lott Avenue, Apt. 6C
Brooklyn, New York 11212
(347) 775-9548

Dated: Brooklyn, New York
       March 9, 2020

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York
*Attorney for Defendant*
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201

By:   */s/ Sean P. Greene*
SEAN P. GREENE
Assistant United States Attorney
(718) 254-6484
sean.greene@usdoj.gov

SO ORDERED:

s/Eric R. Komitee   March 25, 2020
_____
HONORABLE ERIC R. KOMITEE
UNITED STATES DISTRICT JUDGE